# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        MAGISTRATE JUDGE'S DOCKET
                                      NO. 2004M0495-RBC

JAMIE PILLCOREMA,
          Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on October 20, 2004. At that time, after being fully informed of his rights, the defendant waived his right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge


Date:  October 20, 2004.