AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

JAMIE R. PILLCOREMA       CASE NUMBER:

2004 M 0495 RBC-01

I, JAMIE R. PILLCOREMA, charged in a ☑ complaint ☐ petition pending in this District with transporting illegal aliens in violation of Title 8, U.S.C., 1324(a)(1)(A)(ii) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_____                    _____
Date                                        Defendant

                                            _____
                                            Counsel for Defendant