UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 04-M-0495-RBC |
| ) | |
| JAIME R. PILLCOREMA ) | |

### INFORMATION

<u>COUNT ONE</u>:    (8 U.S.C. § 1325 -- Improper Entry of Alien)

The United States Attorney charges that:

On or about 1994, at the Mexican/United States border, in the Southern District of California,

**JAIME R. PILLCOREMA**,

defendant herein, being an alien, entered the United States at a time and place other than as designated by immigration officers.

All in violation of Title 8, United States Code, Section 1325(a)(1).

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

               By:   _/s/ Timothy Q. Feeley_
                            TIMOTHY Q. FEELEY
                            Assistant U.S. Attorney
                            (617) 748-3172

January 6, 2005

§JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

Place of Offense: _California_       Category No. _III_         Investigating Agency _ICE_

City _____            Related Case Information:

County _____            Superseding Ind./ Inf. _____   Case No. _04-M-0495-RBC_
                                     Same Defendant _yes_   New Defendant _____
                                     Magistrate Judge Case Number  _04-M-0495-RBC_
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JAIME R. PILLCOREMA_                Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _1976_  SSN (last 4 #): ____  Sex _M_  Race: _____  Nationality: _____

Defense Counsel if known:  _Mark R. Meehan, esq._    Address: _148 Crest Avenue_
                                                              _Revere, MA_
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  _Timothy Q. Feeley_                    Bar Number if applicable  _160950_

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:  _October 14, 2004_

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by _Collings, M.J._   on _October 20, 2004_

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☒ Petty _1_   ☐ Misdemeanor ____   ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _January 6, 2005_         Signature of AUSA: _Timothy Q. Feeley_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JAIME R. PILLCOREMA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. §1325(a)(1) | Improper Entry of Alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**