UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-M-0495-RBC |
| v. ) | |
| ) | |
| JAIME R. PILLCOREMA ) | |

### WAIVER OF VENUE AND STATUTE OF LIMITATIONS

Defendant Jaime R. Pillcorema, after having been advised of his right to be charged in the district in which the charged crime is alleged to have occurred, hereby waives in open court prosecution in that district and consents that this proceeding may go forward in the District of Massachusetts as if the charged crime occurred in this district. Additionally, after having been advised of the five year limitations period for the crime charged in the information, hereby waives in open court his right to defend against this charge by means of the statute of limitations.

_____
JAIME R. PILLCOREMA

_____
Mark R. Meehan, Esq.
Attorney for Defendant

Date: January 14, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

DATE _1/14/05_
Noreen Russo
Deputy Clerk