UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.    )<br>)<br>JAIME R. PILLCOREMA    ) | CRIMINAL NO. 2004-M-0495-RBC |

### DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint pending in this case against defendant Jaime R. Pillcorema. As grounds for the instant dismissal, the undersigned states that further prosecution of the within complaint would not be in the interests of justice, as the defendant has been sentenced on another charge under a plea agreement that contemplated the dismissal of the original complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

March 3, 2005

Leave To File Granted:

_____
ROBERT B. COLLINGS
United States Magistrate Judge

Date: _____MAR - 3 2005_____